**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7363

RONNIE M. BELK,

                Plaintiff - Appellant,

        v.

OFFICER DICKERHOFF,

                Defendant - Appellee,

        and

SUPERINTENDENT SORRELL SAUNDERS; ASSISTANT SUPERINTENDENT RANDY
TURNER; SERGEANT MCNEIL,

                Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior
District Judge.  (5:06-ct-03071-H)

Submitted:  March 20, 2008          Decided:  April 17, 2008

Before GREGORY and SHEDD, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronnie M. Belk, Appellant Pro Se.  James Philip Allen, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie M. Belk appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Belk v. Dickerhoff, No. 5:06-ct-03071-H (E.D.N.C. Oct. 19, 2006; Aug. 14, 2007). We grant Belk's motion to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED